**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 9, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01075-CV

———————

**THE BLACKSTONE BUILDER, INC. and SHAHEM BARAZI, Appellants**

**V.**

**LONE STAR BANK, Appellee**

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-00623**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed September 14, 2011, and made final by a non-suit order signed September 21, 2011. On January 10, 2012, this court ordered the parties to mediate the case. On February 2, 2012, the parties filed a joint motion to dismiss the appeal because they have reached a settlement agreement. *See* Tex. R. App. P. 42.1.

The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.